facts and restating the principles of law applicable to this case would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b)(5).

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).

**In the Interest of D.P.P.**

**No. ED 98470.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 5, 2013.

**Mark PERRY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 98545.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 5, 2013.

Nathaniel J. Bollinger, Fredericktown, MO, for Appellant.

Tammy Steward, Farmington, MO, for Respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

Andy Zleit, St. Louis, MO, for appellant.

Shaun Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ROBERT G. DOWD, JR. P.J. and ROY L. RICHTER, J. and ANGELA T. QUIGLESS, J.

### ORDER

PER CURIAM.

D.W. ("Mother") appeals the judgment terminating her parental rights to D.P.P. The judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears.

1. All rule references are to Mo. R.Crim. P. (2012).

### ORDER

PER CURIAM.

Mark Perry (Movant) appeals from the judgment denying his Rule 24.035[1] postconviction relief motion challenging his denial of probation under Section 559.115.3.[2] We affirm.

2. All statutory references are to RSMo.2000, unless otherwise indicated.